

FILED 21 JUL '26 15:37 USDC-ORP

**UNDER SEAL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr- 00263-SI |
| v. | **INDICTMENT** |
| JACK DANIEL ROWLETT, | 18 U.S.C. § 2261A(2)(B) |
| Defendant. | <u>UNDER</u> <u>SEAL</u> |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Cyberstalking)**
**(18 U.S.C. § 2261A(2)(B))**

Between on or about, January 28, 2024, and on or about October 28, 2024, in the District of Oregon, defendant **JACK DANIEL ROWLETT**, did with the intent to intimidate and harass Adult Victim 1, use any interactive computing service and electronic communication service and electronic communications system of interstate commerce, and any other facility of interstate and foreign commerce, including the internet and telephonic services, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Adult Victim 1.

In violation of Title 18, United States Code, Section 2261A(2)(B).

**Indictment**                                                                                     **Page 1**

Dated: July **21** , 2026

A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

ARIN C. HEINZ, MIB #P80252
Assistant United States Attorney

NATASHA M. GEILING, CAB # 341432
Assistant United States Attorney

**Indictment**

**Page 2**